PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DENNIS HELMSTADT,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | No.  2:24-cv-01502-DMC<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF; ORDER |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from September 26, 2024, to October 28, 2024.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because Defendant's counsel was unable to access restricted ECF documents until this morning and needs additional time to review and respond to Plaintiff's brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before October 28, 2024;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before November 12, 2024).

Respectfully submitted,

DATE: September 24, 2024                /s/ Lawrence David Rohlfing *
                                        LAWRENCE DAVID ROHLFING
                                        Attorney for Plaintiff
                                        (* approved via email on 9/24/24)

                                        PHILLIP A. TALBERT
                                        United States Attorney

DATE: September 24, 2024      By       s/ Marcelo Illarmo
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

Dated: September 24, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE